# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ARVALON MICHELLE HARLESTON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:13-00125

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

UNITED STATES DISCTICT JUDGE
Name and Title of Judge

_____
Date